<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAD MUFTIC, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) CASE NO. 8:09-cv-355 |
| PRISM TECHNOLOGIES LLC, | ) ) ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004),

**Prism Technolgies LLC** makes the following disclosures concerning parent
(Party Name)
companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:  SEE ATTACHED

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Date: 10/30/09

_____
(Signature)


### CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:  Scott E. Daniel, sed@brashearlaw.com
Thomas J. Culhane, culhane@eslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  Jeffrey H. Greger, Lowe, Hauptman Law Firm, 1700 Diagnol Road, Suite 300, Alexandria, VA 22314.

S/ Thomas J. Culhane

# PRISM TECHNOLOGIES, LLC
## MEMBERS

| MEMBER | STATE |
| --- | --- |
| Anthony, Frederick and Penny | Nevada |
| Aulner, Charles | Nevada |
| Berger, Richard G. and Nancee J. | Nebraska |
| Bosshart, Douglas | California |
| Burchard, James | Nevada |
| Centennial Bank Custodian FBO Mark Spurgeon IRA | Nebraska |
| Centennial Bank Trust & Asset Management Hagemann | Wisconsin |
| Cervantes, Peter and Candace | Nevada |
| Conner, Erin | Nevada |
| Dennis Smid Self-Directed IRA | Nebraska |
| Duman, Gregory J. and Rebecca L. | Nebraska |
| Fisher, Patrick R. | Nebraska |
| Fisher, Thomas and Joanna | Nebraska |
| Fisher, William E. | Nebraska |
| Fisher, William J. | Nebraska |
| Foreman, Douglas | Nevada |
| Gregory, Frances and Della | Nevada |
| Hansen, Dwight | Nebraska |
| Howley, Marlin R. | Florida |
| John Morey IRA | Nebraska |
| Johnson, Virgil K. | Nebraska |
| Korth, Gerald C. | Nebraska |
| Michael R. Wofford Self-Directed IRA | Nebraska |
| Moss, Nancy | Wisconsin |
| Nichols, Gregory W. | Nebraska |
| NTC & Co. FBO Christopher Noel IRA | Idaho |
| NTC & Co. FBO David Moon IRA | Nevada |
| NTC & Co. FBO Frederick Anthony IRA | Nevada |
| NTC & Co. FBO Jaycee Durward IRA | Nevada |
| NTC & Co. FBO Jeffrey Raider IRA | Texas |
| NTC & Co. FBO Mark Surra IRA | Nevada |
| NTC & Co. FBO Michael Edison IRA | Nevada |
| NTC & Co. FBO Patrick Ratigan IRA | Nevada |
| NTC & Co. FBO Paul Berger IRA | Nevada |
| NTC & Co. FBO Robyn Loza IRA | Nevada |
| NTC & Co. FBO Stephanie Bissonnette IRA | Nevada |
| NTC & Co., FBO Charles T. Aulner IRA | Nevada |
| Perrone Kim, POD George Perrone | Nevada |
| Prism Resources, Inc. | Nebraska |
| Quellette, Daniel | Nevada |

395721.doc

| MEMBER | STATE |
|---|---|
| Raider, Robert and Maxine | Nevada |
| RBC Dain Rauscher Custodian of John Garlock IRA | Nebraska |
| Rogers, Michael | Nevada |
| Royer, Stephen J. and Jerri | Nebraska |
| Sandpiper Holdings, LLC | Nebraska |
| Scheier, Patrick and Dawn | South Dakota |
| Sosso, Gordon | Nebraska |
| Stokes, David P and Mary K. | Nebraska |
| Stokes, Martin | Nebraska |
| Stone, Jay and Carolyn | Nevada |
| TD Ameritrade FBO Maxine Cole Raider | Nevada |
| Townsend, Thomas | Nebraska |
| Wells Fargo IRA C/F David P. Stokes | Nebraska |
| Whitten, Jr., Gordon D. | Nebraska |
| Yates, Douglas | Nevada |